NMA:BGD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

TIANRUI LIANG,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE DISTRICT OF NEBRASKA

(Fed. R. Crim. P. 5)

Case No. 26-MJ-68

EASTERN DISTRICT OF NEW YORK, SS:

Jonathan Mousseau, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about April 3, 2026, the United States District Court for the District of Nebraska issued a warrant for the arrest of the defendant TIANRUI LIANG for violating Title 18, United States Code, Section 795 (photographing and sketching defense installations).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      On or about April 3, 2026, United States Magistrate Judge Ryan C. Carson of the District of Nebraska authorized a complaint (the "Complaint") charging the defendant TIANRUI LIANG with violating Title 18, United States Code, Section 795 (photographing and

_____

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

sketching defense installations). A true and correct copy of the Complaint is attached as Exhibit A.[2]

2.    In connection with the Complaint, on or about April 3, 2026, the United States District Court for the District of Nebraska issued a warrant for the arrest of the defendant TIANRUI LIANG (the "Arrest Warrant"). A true and correct copy of the Arrest Warrant is attached as Exhibit B.

3.    On or about April 7, 2026, law enforcement arrested the defendant TIANRUI LIANG at John F. Kennedy International Airport in Brooklyn, New York pursuant to the Arrest Warrant. LIANG had made a reservation on April 7, 2026, for a one-way trip departing that same day, from New York to Frankfurt, Germany and from Frankfurt, Germany to Glasgow, Scotland. LIANG was present in the United States on a non-immigrant B1/B2 visa. I am aware that LIANG has no permanent status in the United States.

4.    At the time of his arrest on April 7, 2026, the defendant TIANRUI LIANG provided law enforcement with his passport issued by the People's Republic of China, which matched the name, date of birth, and passport number of the TIANRUI LIANG wanted in the District of Nebraska. Law enforcement also compared the appearance of the defendant TIANRUI LIANG to the photograph in LIANG's passport and confirmed that the photograph depicted the defendant.

---

[2]    The Complaint was filed under seal in United States v. Liang, No. 26-MJ-133 (D. Neb.). I have been informed by an Assistant United States Attorney that the government has moved to unseal the case but restrict access to the Complaint to the Court and the parties in light of concerns regarding the ongoing investigation into a named coconspirator. I respectfully request that the Court accept Exhibit A under seal until such time as it is unsealed by the district court in the District of Nebraska.

5.      One of the law enforcement agents present for the defendant TIANRUI LIANG's arrest had previously participated in an interview with the TIANRUI LIANG wanted in the District of Nebraska and recognized the defendant TIANRUI LIANG as the TIANRUI LIANG wanted in the District of Nebraska.  At the time of his arrest, the defendant TIANRUI LIANG also stated, in sum and substance, that he had previously been questioned by law enforcement regarding the offense conduct charged in the Complaint.

6.      Based on the foregoing, I submit that there is probable cause to believe that the defendant TIANRUI LIANG is the TIANRUI LIANG wanted in the District of Nebraska.

WHEREFORE, your deponent respectfully requests that the defendant TIANRUI LIANG be dealt with according to law.

*Jonathan Mousseau*
Jonathan Mousseau
Special Agent, Federal Bureau of Investigation

Sworn to before me this
8th day of April 2026

EASTERN DISTRICT OF NEW YORK

# Exhibit A

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No.  8:26MJ |
| TIANRUI LIANG | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 31, 2026_____ in the county of _____Sarpy_____ in the
_____ District of _____Nebraska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 795 | Photographing or sketching defense installations |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Noah Heflin
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date: 4/3/2026

_____
*Judge's signature*

City and state:  _____Omaha, Nebraska_____   RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Noah Heflin, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation and have been employed in that capacity since January 10, 2016. I am currently assigned to the Counterintelligence Squad of the FBI Omaha Field Office in the District of Nebraska. As such, I am a law enforcement officer of the United States, within the meaning of Section 115(c)(1) of Title 18 of the United States Code, who is authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation or prosecution of any violation of federal criminal law. In the course of my duties as a Special Agent, I am responsible for investigating offenses involving espionage and related violations of law, including authorized retention, gathering, transmitting or losing classified documents or materials; unauthorized removal and retention of classified materials; illegally acting in the United States as a foreign agent; other national security offenses; and the making of false statements. In connection with my official duties, I have conducted both criminal and national security investigations.

2.      I have worked closely with Air Force Office of Special Investigations (OSI) on national security matters pertaining to Offutt Air Force Base (OAFB). As a result of my involvement in these investigations, as well as my training in counterintelligence operations, I am familiar with tradecraft and techniques employed by foreign adversarial nations, as well as the methods those nations use to collect intelligence on elements of U.S. military infrastructure.

3.      I make this affidavit in support of a criminal complaint and arrest warrant charging Tianrui LIANG (hereinafter referred to as LIANG) with violations of Title 18 United States Code, Sections 795, Photographing and sketching defense installations. The statements contained in this

affidavit are based upon my investigation, information provided by other law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with the FBI.

4.     Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation in this matter.

## STATUTORY AUTHORITY

5.     For the reasons set forth below, there is probable cause to believe that LIANG photographed OAFB on March 31, 2026 without approval from the base commander in violation of Title 18, United States Code, Sections 795.

6.     18 U.S.C. § 795 states, "[w]henever, in the interests of national defense, the President defines certain vital military and naval installations or equipment as requiring protection against the general dissemination of information relative thereto, it shall be unlawful to make any photograph . . . of such vital military and naval installations or equipment without first obtaining permission of the commanding officer . . . and promptly submitting the product obtained to such commanding officer or higher authority for censorship or such other action as he may deem necessary. Whoever violates this section shall be fined under this title or imprisoned not more than one year, or both."

7.     Executive Order 10104 defines the following as vital military and naval installations:

   a.  All military, naval, or air-force installations . . . which are now classified, designated, or marked under the authority or at the direction of the President,

the Secretary of Defense, the Secretary of the Army, the Secretary of the Navy, or the Secretary of the Air Force as "top secret", "secret", "confidential", or "restricted", and all military, naval, or air-force installations and equipment which may hereafter be so classified, designated, or marked with the approval or at the direction of the President, and located within:

- Any military, naval, or air-force reservation, post, arsenal, proving ground, range, mine field, camp, base, airfield, fort, yard, station, district, or area

b. All military, naval, or air-force aircraft, weapons, ammunition, vehicles, ships, vessels, instruments, engines, manufacturing machinery, tools, devices, or any other equipment whatsoever, in the possession of the Army, Navy, or Air Force or in the course of experimentation, development, manufacture, or delivery for the Army, Navy, or Air Force which are now classified, designated, or marked under the authority or at the direction of the President, the Secretary of Defense, the Secretary of the Army, the Secretary of the Navy, or the Secretary of the Air Force as "top secret", "secret", "confidential", or "restricted", and all such articles, materials, or equipment which may hereafter be so classified, designated, or marked with the approval or at the direction of the President.

## PROBABLE CAUSE

8.    On March 31, 2026, Air Force Office of Special Investigations (OSI) was notified that an individual in the vicinity of OAFB was observed taking photographs of the OAFB flightline and aircraft. A witness described a vehicle pulled off on the east side of Harlan Lewis Road and

identified a male holding a camera with a telescopic lens. The witness observed an aircraft on the runway at the same time. Harlan Lewis Road is a public road that runs directly adjacent to OAFB along the bases' eastern perimeter. The OAFB perimeter is surrounded by a fence restricting access from persons entering and also contains signage designating the airspace as restricted.

9.    According to its website, OAFB is home to the 55th Wing, the United States Strategic Command, the 557th Weather Wing, the 95th Wing, and various tenant units. The 55th Wing is the host unit of OAFB, the largest wing in Air Combat Command and the second largest in the Air Force.  OAFB hosts a variety of aircraft to include the RC-135V/W Rivet Joint, RC-135S Cobra Ball, RC-135U Combat Sent, WC-135W Constant Phoenix, E-4B National Airborne Operations Center, and the U.S. Navy's E-6B Mercury. OAFB is designated as a vital military installation.

10.    OSI and OAFB Security Forces responded and located the subject subsequently identified as LIANG. LIANG possessed a Chinese passport and was in the U.S. on a valid B1/B2 visa.

11.    LIANG was interviewed by affiant and OSI Special Agent Carlos Morillo regarding his activities near OAFB. LIANG was a student at Glasgow University in Scotland. On March 26, 2026, LIANG flew to Vancouver, Canada and met his friend, Zhihe TIAN (TIAN), in Vancouver. TIAN was a student at Columbia University in New York, but allegedly wanted to register his vehicle in Vancouver, Canada because it was cheaper. JIANG and TIAN drove TIAN's vehicle across the border and into the U.S. near the Vancouver border crossing on March 28, 2026.

12.    LIANG and TIAN drove from Seattle, Washington to Billings, Montana and stopped to spend the night on March 29, 2026. TIAN flew back to New York because he had to attend classes. LIANG continued to drive TIAN's vehicle to Ellsworth Air Force Base (AFB) in

South Dakota. LIANG showed affiant a screenshot of his iPhone. The screenshot was a maps view of Ellsworth AFB that showed LIANG's "blue dot" representing his GPS position next to the Ellsworth AFB flight line. The "blue dot" was outside of the base perimeter. LIANG stated the screenshot was simply to show he was there. LIANG wanted to take a picture of the B1-B airplane, but stated the planes had been moved to the United Kingdom (UK) per public information. LIANG knew that the B1-B was a strategic bomber that "dropped the weapon."

13.     From Ellsworth, LIANG drove to Omaha, Nebraska to see OAFB. After photographing OAFB, LIANG was going to drive to Kansas City, Missouri and leave TIAN's vehicle in the airport parking garage. LIANG was then going to rent another vehicle and drive to Tinker AFB in Oklahoma to photograph the E4 airplane if the plane was located at Tinker AFB. After Tinker AFB, LIANG was going to drive to Dallas, Texas and eventually fly to New York. TIAN was going to fly to Kansas City and pick up the vehicle and drive it back to New York. LIANG was scheduled to leave the U.S. on or around April 13, 2026 to fly back to Scotland. LIANG was repeatedly questioned regarding the circuitous logistics of the trip and why he did not just drive TIAN's vehicle back to New York. LIANG stated that the route he wanted to go (i.e., Tinker AFB to Dallas) was the wrong direction from New York so it made more sense for TIAN to fly back down to Kansas City and pick up the vehicle and drive it back to New York himself.

14.     LIANG admitted that he photographed several planes while at OAFB – including the RC-135 and the E-4B. LIANG stated that a website called "planespotter" provided instructions on locations where individuals could take pictures of various flightlines – including OAFB. The website also had instructions about where it was legal to take photographs. LIANG stated it was legal to take pictures of the sky, but he knew it was illegal to take pictures of the planes on the ground. LIANG admitted that he took pictures of the planes on the ground, but stated that he did

it so he could see the "status" of the plane and that it was only for his personal collection. LIANG did not seek out or receive permission to take the photographs from the commanding officer or higher authority at OAFB.

15.    LIANG stated that TIAN had warned LIANG not to get in trouble while photographing the military installations. LIANG had also heard that the FBI might seize his electronics and not give them back if confiscated while photographing the military bases.

16.    LIANG primarily took pictures of the planes with his Canon camera. However, LIANG showed affiant a picture on his iPhone that was of the screen of the Canon camera. The picture showed a plane at OAFB that LIANG had taken on the Canon camera. LIANG also possessed a DJI Mavic 4 Pro Drone, but stated that the drone did not belong to him and that he did not fly it at OAFB.

17.    Following the interview, LIANG provided written consent for the FBI to search, among other items, his iPhone and Canon camera. A subsequent review of the Canon camera revealed numerous photographs of planes located on the OAFB flightline.

## CONCLUSION

18.    Based upon the above information, probable cause exists to believe Tianrui LIANG did take unauthorized photographs of the OAFB flightline – including military aircraft – in violation of 18 U.S.C. § 795.

19.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application, complaint, and arrest warrant. Premature disclosure of the contents of this affidavit and related

documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted.

SA Noah Heflin
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me via reliable electronic means on this 3rd day of April, 2026.

RYAN C. CARSON
United States Magistrate Judge

## CRIMINAL COVER SHEET

USAO - Rev. 4/25_by

| | |
|---|---|

**PLACE OF OFFENSE:**

CITY: Bellevue

COUNTY: Sarpy

**RELATED CASE INFORMATION:**

☐ Superseding Indictment    ☒ New Defendant

☐ Indictment/Information Pending vs Same Defendant

Magistrate Case Number:    8:26MJ

R20/R40 from District of:

Related to:

**SEALED**

---

**DEFENDANT INFORMATION:**

NAME:    TIANRUI LIANG

ALIAS:

ADDRESS:

SSN:    EH9992152-Passport China    DOB:    07/29/2004    ☒ MALE    ☐ FEMALE    ☐ ALIEN

---

☒ COMPLAINT      AUSA:    Matt E. Lierman

☐ INFORMATION    AGENT:    Special Agent Noah Heflin

☐ INDICTMENT     AGENCY:   FBI                                      ☒ FBI

                 TRIAL:    ☒ OMAHA    ☐ LINCOLN    ☐ NORTH PLATTE

---

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 795                COUNT NO.    I

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 795 | Photographing or sketching defense installations | 1 yr / $1,000 fine / 1 yr. TSR / $25 SA |
| CT 2: | | |
| CT 3: | | |
| CT 4: | | |

---

☐ PETTY         ☒ MISDEMEANOR:        ☐ CLASS A/CLASS B - NON-MOTOR

☐ MINOR                               ☐ CLASS B - MOTOR

☐ FELONY        ☐ FORFEITURE          ☐ CLASS C - VEHICLE/INFRACTION

---

**LOCATION STATUS**

☒ WARRANT    ☐ OCDETF                          ARREST DATE:

☐ SUMMONS

☐ ALREADY IN FEDERAL CUSTODY AS OF:

☐ ALREADY IN STATE CUSTODY IN:

☐ ON PRETRIAL RELEASE

☐ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT:

# Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  8:26MJ |
| | ) | |
| TIANRUI LIANG | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TIANRUI LIANG                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 795  - Photographing or sketching defense installations

Date:  4/3/2026                            _____
                                                                        *Issuing officer's signature*

City and state:    Omaha, Nebraska                            RYAN C. CARSON, U.S. MAGISTRATE JUDGE
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                            _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   TIANRUI LIANG

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:   07/29/2004

Social Security number:   Passport: EH9992152 (China - Mainland)

Height: _____   Weight: _____

Sex:   Male   Race:   Asian

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number):* _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:   FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable):* _____

Date of last contact with pretrial services or probation officer *(if applicable):* _____